UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA          CIVIL II

FILED
ASHEVILLE, NC
AUG 11 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

ANGELO WHITEHURST

    PLAINTIFF,

                             COMPLAINT / AFFIDAVIT

   V.

STATE OF NORTH CAROLINA, ETC. AL

    DEFENDANT(S)

## I. JURISDICTION & VENUE

AUTHORIZED BY 42 U.S.C SECTION 1983 EVERY PERSON WHO, UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE, OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA, SUBJECTS, OR CAUSES TO BE SUBJECTED, ANY CITIZEN OR NON-STATUS WITHIN JURISDICTION OF UNITED STATES CONSTITUTION, THEREOF, TO THE DEPRIVATION OF ANY RIGHT(S), PRIVILEGES, OR IMMUNITIES SECURED BY THE US CONSTITUTION AND LAWS. USDC HAS PERMISSION AND JURISDICTION PURSUANT 18 USC 241 - 18 USC 242 RELIEF AUTHORIZED 28 USC SECTION 1331 AND 1343(a)(1)-(4) DEFENDANT(S) SHALL BE LIABLE TO THE PARTY INJURED IN THIS ACTION AT LAW SUIT IN EQUITY. USDC WESTERN DISTRICT OF NORTH CAROLINA IS APPROPRIATE VENUE TO HEAR CLAIMS. PURSUANT TO 28 USC §1391(b)(2) WHICH IS WHERE GIVING RISE TO CLAIM(S) OCCURRED. U.S. CONST.

II. PLAINTIFF

(1) WHITEHURST WAS AT ALL TIMES HEREIN MENTIONED FALSE IMPRISONED, POLITICAL PRISONER IN THE STATE OF NORTH CAROLINA. ILLEGAL CUSTODY HOLDING BY N.C. DEPT OF ADULT CORR AT IT'S DIVISION F.C.I 5150 WESTERN AVE, MORGANTON, NC 28655

NAME - ANGELO WHITEHURST

ALIAS - WHITEHURST, R. ANGELO

LOCATION - FOOTHILL CORR INST

ADDRESS - 5150 WESTERN AVE

MORGANTON, NC, 28655

PLAINTIFF SIGNATURE - ANGELO R. WHITEHURST

REPRESENTATION SIGNATURE - Angelo R. Whitehurst. BEY

III DEFENDANT(S) NAMES

(2.) DEFENDANT #1 - AMERICAN CORRECTIONAL ASSOCIATION

JOB OR TITLE - GOVERNMENT AGENCY OR ORGANIZATION OR PRIVATE CORPORATION.

SHIELD # - UNKNOWN

EMPLOYER - UNSURE

ADDRESS - 206 N. WASHINGTON STREET, SUITE 200
 ALEXANDRIA, VA. 22314

☐ INDIVIDUAL CAPACITY   ☑ OFFICIAL CAPACITY


(3.) DEFENDANT #2 - NORTH CAROLINA DEPT OF PUBLIC SAFETY AND/OR NORTH CAROLINA OF ADULT CORR

INST. AND DIRECTOR OF PRISONS AND NC SECRETARY OF PRISONS/SECRETARY OF ADULT CORR. ETC ALL FACTIONS.

JOB OR TITLE - GOVERNMENT AGENCY AND/OR PRIVATE CORPORATION

EMPLOYER - STATE OF NORTH CAROLINA AND/OR ACA OR PRIVATE CITIZENS

ADDRESS - 4260 MAIL SERVICE CENTER
 RALEIGH, NC. 27699

☐ INDIVIDUAL CAPACITY   ☑ OFFICIAL CAPACITY

III. DEFENDANT(S) NAMES ETC...

(3) DEFENDANT #3 - STATE OF NORTH CAROLINA / ATTORNEY GENERAL JEFF JACKSON

JOB OR TITLE - GOVERNMENT AGENCY OR ORGANIZATION OR PRIVATE CORPORATION

SHIELD # - UNKNOWN

EMPLOYER - GOVERNOR AND/OR WE THE PEOPLE OF U.S.A REPUBLIC

ADDRESS - 114 W. EDENTON STREET, RALEIGH, NC, 27603

☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY


(4) DEFENDANT #4 - LADOMA BROWNING / ☑ INDIVIDUAL CAPACITY

JOB OR TITLE - WESTERN REGION DIRECTOR / ☑ OFFICIAL CAPACITY

SHIELD # - UNKNOWN

EMPLOYER - GOVERNOR OR NCDAC OR ACA OR WE THE PEOPLE

ADDRESS - 309 COLUMBO STREET, SW, VALDESE, NC, 28690


(5) DEFENDANT #5 - HAROLD REEP

JOB OR TITLE - WARDEN OVER F.C.I.

SHIELD # -

EMPLOYER - NCDAC OR ACA OR GOVERNOR OR PRIVATE CITIZENS

ADDRESS - 5150 WESTERN AVE, MORGANTON, NC, 28655

☑ INDIVIDUAL CAPACITY  ☑ OFFICIAL CAPACITY

III. DEFENDANT(S) NAMES ETC.

(6.) DEFENDANT #6 - MONICA ZIMMERMAN VARNEY / ☑ INDIVIDUAL CAPACITY

JOB OR TITLE - NC DAC EMPLOYEE OR STATE EMPLOYEE / ☑ OFFICIAL CAPACITY

F.C.I. UNIT MANAGER CHUN III

SHIELD # MM701

EMPLOYER - DAC OR ACA OR STATE OF NORTH CAROLINA

ADDRESS - 5150 WESTERN AVE, MORGANTON, NC, 28655

(7.) DEFENDANT #7 - ERIC L. PRICE

JOB OR TITLE - NC DAC EMPLOYEE OR STATE EMPLOYEE /

F.C.I UNIT MANGER CHUN.

SHIELD # -

EMPLOYER - DAC OR ACA OR STATE

ADDRESS - 5150 WESTERN AVE, MORGANTON, NC, 28655

☑ INDIVIDUAL CAPACITY ☑ OFFICIAL CAPACITY

III. DEFENDANT(S) NAMES ETC...


(8.) DEFENDANT #8 - GRAGG

JOB OR TITLE - SECURITY RISK GROUP / CORRECTIONAL OFFICER

SHIELD # - ~~[redacted]~~ GJC29

EMPLOYER - DAC OR ACA OR STATE

ADDRESS - 5150 WESTERN AVE, MORGANTON, NC, 28655

[☒] INDIVIDUAL CAPACITY  [☒] OFFICIAL CAPACITY


(9.) DEFENDANT #9 MULL, RANDY, S

JOB OR TITLE - CORRECTIONAL GUARD / DISCIPLINARY HEARING OFFICER

SHIELD # - MR502

EMPLOYER - DAC OR ACA OR STATE OR CONTRACTOR

ADDRESS - 4260 MAIL SERVICE CENTER, RALEIGH, NC, 27699

[☒] INDIVIDUAL CAPACITY  [☒] OFFICIAL CAPACITY

IV. DUTIES & OBLIGATIONS AND 1983 ELEMENT'S OF LIABILITY STANDARDS

(10.) ATTORNEY GENERAL MR. JACKSON AND/OR STATE OF NORTH CAROLINA AGREED BY CORPORATION RULES AND/OR CONTRACT LAWS TO LEGALY REPRESENT THE AGENCY (S) AND THEIR AGENT(S) AND EMPLOYEES IN ALL LEGAL SETTINGS. SEE· N.C.G.S § 148 OR SEE· TITLE ' ORGANIZATION OF THE DIVISION OF INST. SEC. 0100 - 0107 (a)(b)(c). RELATED ACA STANDARDS - 5·ACI-1A-01, ETC...

(11.) N.C. DAC DEPUTY SECRETARY IS RESPONSIBLE FOR ALL SECURITY OPERATIONS. ·0104 (a)

(12). MS. LADOMA BROWNING IS RESPONSIBLE FOR DAILY SECURITY AND OPERATIONS OF ALL PRISONS THROUGH DIRECT SUPERVISION OF ALL WARDENS. 0104 (b)(2)(3)

(13.) MR. HAROLD BEEP IS RESPONSIBLE FOR ALL MATTERS WHICH OCCUR AT. F.C.I
SEE· 0705 (a)(1)

(14) MR. HAROLD BEEP HAS THE POWER AND AUTHORITY TO VOID THE COMMERCIAL OFFENSE. (A-14) AND HE FAILED TO DO SO. CHAP B SEC. 0200·0204

IV. DUTIES & OBLIGATIONS AND 1983 ELEMENT(S) AND LIABILITY STANDARD

(15.) MS. VARNEY IS RESPONSIBLE FOR OVERALL SECURITY OF ALL PHASES ON HER UNIT = 0705 (4)(5)

(16.) MR PRICE IS RESPONSIBLE FOR OVERALL SECURITY OF ALL PHASES ON HIS UNIT = 0705 (4)(5)

(17.) MR. BRAGG IS RESPONSIBLE FOR ALL SECURITY RISK GROUPS WITHIN F.C.I.

cc: FILE

V. FACTS:

(18) June 5TH 2025 Whitehurst requested carbon paper for hand drafting documents and printed copy of legal record state and federal exhibits for North Carolina Industrial Commission and record for Judge Flanagan.

(19) June 6, 2025 Defendant(s) provided carbon paper but declined printed copies of legal doc.

(20) June, 12TH 2025 Defendant(s) provided invalid remedy by stating Whitehurst can send papers to anyone outside the correctional setting for copies.

(21) True Whitehurst can send document(s) outside the instution for copies.

(22) Conflict is Whitehurst would not be able to receive the records back

(23) (1) Offenders cannot receive any personal mail. (2) By contract Textbehind does not accept any legal mail period. (3) Prison legal service does not make copies period. Proof of claim exist in substance

V. FACTS

(24) JUNE 12TH 2025 DEFENDANT(S) REJECTED RAISED CLAIM(S) BY MANIPULATED FASHION CONSTRUING CORPORATE RULES. INTENTIONALY OBSTRUCTING PROCESS. CHAP.6 SEC.0300-0301 (E)

(25) JUNE 17TH 2025 DEFENDANT(S) REJECTED RAISED CLAIM(S) ON FRIVIOUS GROUNDS BY STATING ISSUE HAS ALREADY BEEN ADDRESSED. THE REMEDY WAS INVALID. SEC 0301 (E)

(26) JUNE 19TH 2025 DEFENDANT(S) REJECTED RAISED CLAIMS ON FRIVIOUS GROUNDS SEC.0301 (E)

(27) JULY 8TH 2025 CORRESPONDENCE COMPLAINT AND DC-410 WAS SENT TO CORPORATIONS AND REGION DIRECTOR UPON MISCONDUCT OCCURING WITHIN INST

(28) JULY 15TH 2025 DEFENDANT(S) RESPOND ENFORCING DENIAL OR ANY NEW REMEDY

(29) SEE - CHAP 6 SEC.0200 - COURT RELATED PROCEDURE. RECORD STATES THE CORPORATION SHALL PROVIDE CARBON PAPER BUT THE RECORD DOES NOT STATE THE CORPORATION ARE NOT TO MAKE PRINTED COPIES OF LEGAL RECORDS THAT CAN'T BE DRAFTED BY CARBON PAPER.

V. FACTS

(30) THE RULE DENIAL PRINTED COPIES OF LEGAL DOC. FOR EXHIBITS IS A RULE ENFORCED BY WORD OF MOUTH ONLY. THE WORD OF MOUTH RULE IS USED TO SUPPRESS CIVIL CLAIMS AGAINST THE CORPORATION AND/OR LITIGATION AGAINST THEIR AGENT(S) AND/OR EMPLOYEE(S). THE PRIVATE CORPORATION IS ABUSING POWER CREATING A FORM OF DISCRIMINATION AND/OR HARASSMENT, OR RACIAL OR RELIGIOUS CONFLICT. DEFENDANTS FAILED TO SET A GOOD EXAMPLE. CHAP J SEC. 0100 - 0102 (e)(1)

(31) JULY 28TH 2025 LEGAL CLAIMS WERE RAISED DUE PROCESS CHAP G SEC. 0300 AND DEFENDANTS REJECTED BY CONSTRUING CORPORATE RULES TO CREATE A DISADVANTAGE ON FRIVOLOUS GROUNDS.

(32) JULY 28TH 2025 DEFENDANTS PUNISHED WHITEHURST ISSUED COMMERCIAL PENALTY (A-14) ALLEGING WHITEHURST SUBMITTED ON FORM DC-410 BY DUE PROCESS CHAP G SEC. 0300 TO UNIT MANAGEMENT MATERIAL DIRECTLY RELATED TO THE SECURITY RISK GROUP FOR USING UCC CODES TO EXPRESS LEGAL ISSUE AND USING THE WORD SOVEREIGN.

(33) PERSON WHO AUTOMATICALLY HAVE US CITIZEN STATUS BY BIRTH CAN OPT OUT AND BECOME NON-CITIZEN OR STATE CITIZEN IN ORGANIC UNION. SEE FOREIGN AFFAIRS MANUEL (FAM) 308 (1) - USC § 1408 (1). NATIONALITY ARISES BY BIRTH AND WHITEHURST IS ENTITLED SEE. INTERNATIONAL LAW/ RIGHTS OF INDIGENOUS PEOPLE OR DECLARATION OF HUMAN RIGHTS. ALL TREATY'S ARE PROTECTED BY FEDERAL CONSTITUTION LAW.

V. FACTS

(34) WHITEHURST NEVER PROMOTED SOVEREIGN CITIZEN HE KNOWS WITHIN HIS CONSCIOUSNESS HE IS SUPERIOR AND MADE OUT OF IMAGE OF THE GREAT CRETOR. UNITED STATES LOST IT'S SOVEREIGNTY 1871 AND RESULTED TO IT'S CORPORATE STATE OF FRAME EVERY SINCE. WHITEHURST DOES NOT WANT TO BE RECOGNIZED AS CORPORATE ENTITY AND/OR FICTIOUS PERSON. WHITEHURST IS MOORISH-AMERICAN AND CAN PROVE THAT FOR CORRECT STATUS

(35) WHITEHURST IS NOT A GANG MEMBER NOR INVOLVED IN ANY SECURITY RISK GROUPS TO BE CONSIDERED A THREAT TO U.S.A OR COMMUNITY. WHITEHURST HAS FOUND GOD, THEREFOR THE LABELS ARE MISREPRESENTATION OR FALSE REPRESENTATION. WHITEHURST PRACTICE THE FAITH OF ISLAM AND IS GENUINE AND PASSIONATE. HE LIVES ON A SOUL PLANE. GOD IS SOVEREIGN.

(36) PRISON SYSTEM ARE ENFORCING PEOPLE TO SIGN PRISON CONTRACTS OR PUNISHMENT WHITEHURST STATED HE DOESN'T WANT TO CONTRACT HIS SOVEREIGNTY AWAY BECAUSE HE RECENTLY DISCOVERED THE CONTRACT HOLDING HIS PROPERTY TO DEBT BOND IS A BAD CONTRACT AND HE WAS TRICKED TO SIGN.

(37) SEE - CASE # 5:25-HC-2106-FL USDC FOR EASTERN DISTRICT. U.S. PUBLIC TERMINAL

## VI. LEGAL CLAIMS

(38) Defendants acted under color of state law by breach of due process. Intentional construe corporate rules to suppress administrative remedy process. Resulted harmful interference. (Chap. 6 Sec. 0301 (e) with due process right(s))

(39) (A) Whitehurst attempted to pursue constitutional protected conduct by filing DC-410 administrative grievances.

(B) Defendants acted under color of state law which resulted adverse action by harassment and retaliated by issuing commercial infraction, because they disagree with one political belief and/or race or religion. (RFRA) act, religious land use act.

(C) Controversy has substantial interest because Whitehurst has only 1 way to address issues which is by administrative remedy procedure. A-14 is a felony and is sufficient to deter a person of ordinary firmness from exercising constitutional right(s) 1st, 14th amendments U.S. Const.

(D) The numerous count(s) of compliants display casual link which created substantial burden because Whitehurst has only 1 way to express his concerns which is by administrative procedure Sec. 0300

## VI. LEGAL CLAIMS

(40) DEFENDANTS ACTED UNDER COLOR OF STATE LAW BY PUNISHMENT AND PENALIZING WHITEHURST FOR INITIATING LITIGATION AGAINST THE CORPORATION AND/OR AGAINST IT'S AGENT(S) OR EMPLOYEE(S). OFFENDERS ARE NOT TO BE PUNISHED OR PENALIZED PRO SE REPRESENTATION. SEE - CHAP G SEC. 0200 - .0207 FOR LITIGATION

(41) DEFENDANTS ACTED UNDER COLOR OF STATE LAW BY DENYING ACCESS TO COURT(S) BECAUSE UNDER THE PLRA AN OFFENDER MUST EXHAUST ADMINISTRATIVE REMEDY 1-3 FULL TO GAIN ACCESS TO COURTS. MISCONDUCT IS ON DISPLAY WITH SPECIFIC INTENT TO INTERFERE WITH CONSTITUTIONAL RIGHTS. ENFORCEMENT IS NOT SUPPORTED BY LEGITIMATE RULE. BY POLICY COURT PROCEDURE DOES NOT VERIFY PRINTED COPIES OF LEGAL DOC. ARE NOT ALLOWED. IN FACT THIS RULE IS NOT ON ANY PART OF POLICY, YET THE CORPORATION AND IT'S WHOLE CHAIN OF COMMAND ARE ENFORCING.

## VI. LEGAL CLAIMS

(42) Municipal corporations are usualy not sued under Section 1983. SEE- Monroe v. Pape, 365 U.S. 167 (1961). Whitehurst controversy is exceptional case because the corporation "policies", "customs", or "practice" cause federal and constutional injuries at issue. SEE - Monell v. Dept of Social Services of the City of New York, 436 U.S. 658 (1978) which over rule Monroe. Supreme Court held (1) local government units were "persons" for purpose of 1983, Civil Rights Act of 1871. (2) Municipal Bodies sued under Civil Rights Act of 1871 cannot be entitled to absolute immunity.

(43) The 10TH Amendment does not impose any impediment to liability or the 11TH Amendment with all due respect to government units but the corporation satisfy all elements for liability. (1) The constitutional deprivation complained of arises from governmental custom even though such a custom has not received formal approval through the body official decision making channels. (2) An offender cannot receive copies of legal papers through personal channels, therefor an official policy was adopted and promulgated by the entity. (3) The decision of an official with final policy making authority. CHAP A .0600. The deprivations complained of also in the instant arose out of official policy as well. The corporations are liable and suable in their names.

VI LEGAL CLAIMS

(44) SECTION 1983 IS THE CODIFICATION FOR THE CIVIL RIGHTS ACT OF 1871 KNOWN AS THE KLU KLUX KLAN ACT. LEGISLATIVE PURPOSE WAS TO PROVIDE FEDERAL REMEDY IN FEDERAL COURTS BECAUSE STATE GOVERNMENT BY REASON OF PREJUDICE, PASSION, NEGLECT, INTOLERANCE OR OTHERWISE WERE UNWILLING TO ENFORCE DUE PROCESS RIGHTS OF ALLEDGED BLACKS GUARANTEED BY THE 14TH AMENDMENT. DEFENDANTS HAS PERSONAL INVOLVEMENT. SUPERVISORS AND CORPORATIONS POSSESS KNOWLEDGE AND CONSENT. 0305 (a) MISCONDUCT WAS DIRECTED AND FACILITATED FROM BOTTOM TO TOP. APPROVED OR CONDONE AND/OR SIMPLY IGNORED SEE GENTRY v. DUCKWORTH, 65 F.3d 555 (7TH CIR. 1995).

(45) DEFENDANTS WERE PRESENT AND FAILED TO INTERVENE TO PREVENT WRONG DOING FROM OCCURING AND CONSTUTIONAL RIGHTS WERE VIOLATED. THEREFOR, DEFENDANTS KNEW ABOUT THE UNLAWFUL CONDUCT BY DUTY AND HAD A REALISTIC OPPORTUNITY TO INTERVENE AND FAILED TO PREVENT HARM FORM FROM OCCURRING IS LIABLE. SEE- BYRD v. BRISHKE, 466 F.2d 6 (7TH CIR. 1972) RESULTED INJURIES.

(A) FAILURE TO PRESENT EXHIBITS IN TORT SETTING AGAINST DEFENDANTS.

(B) PUNISHED AND PENALTIZED BY A-14

(C) 90 DAYS OF PRIVILEGES SUSPENDED

(D) 90 DAYS DRAW LIMIT SUSPENDED

(E) PROHIBITED FROM WORK ASSIGNMENT FOR 12 MONTHS

(F) PROHIBITED FROM ACHEIVING CUSTODY REDUCEMENT 5-7 YEARS

VII PRAYERS TO THE MOST HIGH FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULY REQUEST THAT THIS COURT ENTER JUDGEMENT IN FAVOR.

(46) PLZ EXPLAIN TO DEFENDANT(S) ACTS DESCRIBED ARE UNREASONABLE AND THE MISCONDUCT IS WRONG. AND VIOLATES CIVIL, FEDERAL AND CONSTUTIONAL RIGHTS. AND INTERNATIONAL LAWS.

(47) PLZ ORDER PERMANENT INJUNCTION FOR DEFENDANT(S) TO REMOVE OUT OF JACKET ALL FALSE LABELS AND/OR ANY LEVELS OR FORM OF SECURITY RISK GROUP. REVERSE A-14 AND DISMISS OFF RECORD. RULE 65. F.R.C.P. AUTHORIZED.

(48) PLZ GRANT COMPENSATION TO PREVANT THIS MISCONDUCT IN THE FUTURE, DAMAGES IN THE AMOUNT OF 250,000.00$ AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. IDEMINIFICATION.

(49) PLZ GRANT PUNITIVE DAMAGES IN THE AMOUNT OF 500,000.00$ FOR MENTAL INJURIES. INTENTIONAL INFLICTION EMOTIONAL DISTRESS. AND FOR THE AGENT(S)/EMPLOYEES AND CORPORATION BREACHING THEIR OWN RULES/CONTRACTS. JOINTLY AND SEVERALLY. IDEMINIFICATION.

(50) PLZ GRANT 1 TRIAL JURY ON ALL ISSUES TRIABLE AND ALL DEFENDANT(S) TIED JOINTLY TOGETHER.

(51) PLZ GRANT RECOVERY OF COST IN THIS SUIT FOR WASTEING MINES AND THE COURT TIME WHEN DEFENDANTS KNOW BETTER. AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST PROPER AND EQUITABLE IN THE INTEREST OF JUSTICE.

# CERTIFICATE OF SERVICE

THIS DOCUMENT WAS PREPARED AND DRAFTED AT FOOTHILLS CORR INST. AUGUST 3RD 2025

PLACED IN MAILBOX APPROPRIATE TIME TO BE DELIVERED TO UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF NORTH CAROLINA. CLERK OF COURT FOR PROCESS.

- ALL CLAIMS RAISED ARE TRUE, CORRECT, COMPLETE AND CERTAINLY NOT MISLEADING.

- ALL FACTUAL ALLEGATIONS RAISED EXIST SHOW A PATTERN AND EXIST IN SUBSTANCE.

SUBSCRIBED AND SWORN TO BEFORE ME ON AUGUST 4TH 2025

- NAME OF PERSON AUTHORIZE TO CERTIFY OATHS -
- SIGNATURE OF NOTARY - Mary Ogle
- DATE - COMMISSION EXPIRES - 2-1-26
- SIGNATURE OF PLAINTIFF - ANGELO WHITEHURST
- SIGNATURE OF REPRESENTATION - Angelo Whitehurst - BEY REGISTRATION# AA 222 141 -
- DATE OF NOTARY - AUGUST 4TH 2025

Mary Ogle
NOTARY PUBLIC
Alexander County, NC
Commission Expires 2-1-26