UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-00258-FDW

| ANGELO WHITEHURST, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| AMERICAN CORRECTIONAL ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Angelo Whitehurst ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Foothills Correctional Institution ("Foothills") in Morganton, North Carolina. On August 11, 2025, he filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A. [Doc. 6]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from August 14, 2025, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 10]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.].

This deadline has passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: September 24, 2025

Frank D. Whitney
Senior United States District Judge